UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRODERICK PHILLIPS** | **CIVIL ACTION NO. 14-3109** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KEVIN COBB, ET AL.** | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Defendants' motion for summary judgment [Doc. No. 17] is **GRANTED**, and that Plaintiff's claims against Defendants Sheriff Kevin Cobb, Asst. Warden Michael Emfinger, and Warden Chad Lee are hereby **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 6th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE